UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS MAYORGA,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:21-cv-0158 JLT<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME<br><br>(Doc. 13) |

    Previously, the Court ordered Plaintiff to file a motion for summary judgment within forty-five days of its order, or no later than August 23, 2021. (Doc. 12 at 1.) On August 24, 2021, the parties stipulated for Plaintiff to have an extension of thirty days to file an opening brief. (Doc. 13.) Notably, the parties were informed that "[a] request for a modification brought on the filing deadline will be looked upon with disfavor." (Doc. 12 at 2.) It follows then that a request for modification of the briefing schedule *after* the ordered deadline will be looked upon with disfavor.

    Plaintiff's counsel asserts that the extension is necessary due to his workload and "several merit briefs being due on the same week." (Doc. 13 at 1-2.) Counsel reports that he "requires additional time to brief the issues throughoughly." (*Id.*) However, counsel does not offer any reason for his delay in seeking the extension of time prior to the deadline, or why an additional thirty days is necessary for this action. For example, counsel reports he had several merits briefs due this week, but fails to address the number of briefs due over the next several weeks. On the other hand, the Court

1

notes that Defendant does not oppose the requested extension, and it does not appear either party would be prejudiced by the delay. Accordingly, the Court **ORDERS**:

1. The extension of time (Doc. 13) is **GRANTED**; and
2. Plaintiff **SHALL** file a motion for summary judgment no later than **September 22, 2021**.
3. The parties are advised that any further requests for an extension of time shall be filed in advance of the briefing deadlines, and supported by good cause.

IT IS SO ORDERED.

Dated: **August 25, 2021**          /s/ Jennifer L. Thurston
CHIEF UNITED STATES MAGISTRATE JUDGE