UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS MAYORGA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI[1]<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:21-cv-0158 JLT<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF NICOLAS MAYORGA AND AGAINST DEFENDANT KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY |

On November 3, 2021, Nicolas Mayorga and Kilolo Kijakazi, Acting Commissioner of Social Security, stipulated to a voluntary remand for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. 17 at 1-2.) Pursuant to the terms of the stipulation, an ALJ shall "re-evaluate the evidence of record"— including offering an opportunity for a hearing and taking action necessary to complete the administrative record—and issue a new decision. (*Id.* at 2.) The parties also stipulated that judgment shall be entered in favor of Plaintiff and against the Commissioner. (*Id.*)

Based upon the terms of the stipulation, the Court **ORDERS**:

1. The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g);

2. Plaintiff's motion for summary judgment (Doc. 16) is terminated as **MOOT**; and

---

[1] The action was originally filed against Andrew Saul in his capacity as the Commissioner of Social Security. (*See* Doc. 1 at 1.) The Court has substituted Kilolo Kijakazi, who has since been appointed the Acting Commissioner of Social Security, as the defendant. *See* Fed. R. Civ. P. 25(d).

1

3. The Clerk of Court is DIRECTED to enter judgment in favor of Plaintiff Nicolas Mayorga and against Defendant Kilolo Kijakazi, the Acting Commissioner of Social Security.

IT IS SO ORDERED.

Dated: __**November 4, 2021**__             __**/s/ Jennifer L. Thurston**__
                                                               CHIEF UNITED STATES MAGISTRATE JUDGE